**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

Date: August 21

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450



RECEIVED CHARLOTTE, N.C. AUG 27 2012 Clerk, U.S. Dist. Court W. Dist. of N.C.

FILED 2012 SEP 10 PM 4:02 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

Clerk, United District Court
Western District of North Carolina
401 West Trade Street, Room #210
Charlotte, NC 28202

Re: Transfer of Our Case No. __SACR 06-00055-CJC__
   Assigned Your Case No. __1:12 CR 87-MR-DLH__
   Case Title: __USA v. Barry Howard Landreth__

Dear Sir/Madam:

☐ Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter which has been approved by this court. Please present them to your court for approval.

Upon approval, please return the **original** to this office and we will send you the necessary documents from our file. If you assign a case number at this time, please indicate same on the copy of this letter and return that also.

☑ Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of: 1) indictment/information, and 2) judgment and probationary order.

Please acknowledge receipt of these documents on the copy of this letter and return to this district.

Sincerely,

Clerk, U.S. District Court

By __D. Vo__
   Deputy Clerk

cc: Probation Office, Central District of California
   Probation Office, District of Origin

---

**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above.

Clerk, U.S. District Court

__8/27/12__           By __E. Barton__
Date                     Deputy Clerk

---

CR-22 (09/08)   **TRANSMITTAL LETTER - PROBATION TRANSFER OUT**

| ◈PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>8:06CR00055 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central District Of California | DIVISION<br>Santa Ana |
|---|---|---|
| Barry Howard Landreth | NAME OF SENTENCING JUDGE<br>CARNEY, Cormac J. | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>8/19/11 | TO<br>8/18/14 |

OFFENSE
18 USC 1343: Fraud by Wire

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Central_____ DISTRICT OF _____California_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_August 6, 2012_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8/17/2012_
Effective Date

_[signature]_
United States District Judge